UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MCCLELLAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>R.C. JOHNSON, et al.,<br><br>　　　　　　Defendants. | No. 1:19-cv-00015-DAD-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CASE FOR FAILURE TO STATE A CLAIM<br><br>(Doc. No. 11) |

Plaintiff Kenneth McClellan is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 24, 2019, the assigned magistrate judge issued findings and recommendations, recommending that this case be dismissed for failure to state a claim. (Doc. No. 11.) The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. (*Id.* at 4.) The fourteen-day time period has expired, and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

1

court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on June 24, 2019 (Doc. No. 11) are adopted in full;
2. This action is dismissed for failure to state a claim; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 18, 2019**

UNITED STATES DISTRICT JUDGE